UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
STEPHEN M BOYLE AND
 OLGA I BOYLE AKA
OLGA I ALDERMAN

CASE NO. 10-08746-KSJ
CHAPTER 7

Debtor(s).
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This case came on for consideration of the Motion for Relief from the Automatic Stay filed by Movant, U. S. BANK, N. A., on May 25, 2011, Docket No. 23. The Motion has been served upon the parties of interest in accordance with Local rule 2002-4 and no party of interest has filed an objection to the Motion within the time permitted. Therefore, the Court deems the Motion to be unopposed. Accordingly, it is

ORDERED, ADJUDGED and DECREED as follows:

1.  The automatic stay arising from these proceedings is hereby vacated, lifted, terminated and dissolved, and

2.  The Order Granting Relief from the Automatic Stay is hereby entered for the sole purpose of allowing Movant to pursue *in rem* relief against the real property described as:

**LOT 118, ANDERSON HEIGHTS, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAY BOOK 3, PAGE 130, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FL**

**a/k/a 3251 TOURAINE AVENUE, ORLANDO, FL 32812**

or permitting Movant to offer and provide debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor(s), and allowing Movant any other remedies the Movant may have under applicable non-bankruptcy law, provided that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

3. That the mortgage indebtedness that shall run with the property shall be increased to include $500.00 for attorney`s fees and costs incurred.

DONE and ORDERED in Orlando, Florida, this 23rd day of June, 2011

KAREN S. JENNEMANN
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, P.A.
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716

OLGA I BOYLE
3251 TOURAINE AVE
ORLANDO, FL 32812

STEPHEN M BOYLE
3251 TOURAINE AVE
ORLANDO, FL 32812

STUART FERDERER
PO BOX 532057
ORLANDO, FL 32853

MARIE E. HENKEL
3560 S. MAGNOLIA AVE
ORLANDO, FL 32806

ORLANDO DIVISIONS
U.S. BANKRUPTCY TRUSTEE
135 W. CENTRAL BLVD.,#620
ORLANDO, FL 32801